[No. 27767-7-I. Division One. April 26, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFRED DORSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-06634-3, LeRoy McCullough, J., entered January 31, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 30650-2-I. Division One. April 26, 1993.]

JOHN G. HORNING, *Appellant,* v. PACIFIC FIRST FEDERAL SAVINGS BANK, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 91-2-06605-1, Liem E. Tuai, J., entered April 6, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Kennedy, JJ.

[No. 26896-1-I. Division One. April 26, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS A. HILL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-00988-9, Frank J. Eberharter, J. Pro Tem., entered August 13, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Baker, J.